Receipt # 7183   Check No(s) 18756/18757   10/17/2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 4,441.64
    IN 2  CHECKS  #  18756 FOR  $  1427.85
        CHECK #    18757 FOR $  3,013.79
Representing unclaimed funds.

DATED: 10-16-2017

          _____
          ALBERT J. MOGAVERO
          TRUSTEE



FILED OCT 17 2017 BANKRUPTCY COURT BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Check # 18756    $1427.85 | Receipt # 7183 | | |
| 519407 | MALCHOW | 1411343 | 17.79 | CHIP MALCHOW | 2816 US HWY 65 | | LOUISBURG | MO | 65685 |
| 519437 | WILLOUGHBY, SR | 1310834 | 109.42 | CITIMORTGAGE, INC. | 4740 121st STREET | PAYMENT CENTER | URBANDALE | IA | 50323 |
| 520389 | ADAMS | 1310613 | 1,300.64 | OCWEN LOAN SVC US BANK, TRU | % CLARFIELD, OKUN/ATTN: C. PIN( | 425 RXR PLAZA | UNIONDALE | NY | 115563811 |
| 520949 | KISHEL | 1311295 | 14.14 | KISHEL , STEPHEN | 3664 TRAILS END LANE | Check # 18757    $3013.79 | WHEATFIELD | NY | 14120 |
| 520953 | HARRIS | 1312191 | 2,619.09 | HARRIS , JEFFREY | 6520 CHARLOTTEVILLE ROAD | | NEWFANE | NY | 14108 |
| 520955 | HOSSAIN | 1312862 | 81.16 | HOSSAIN, SHEIKH & AKTER, PARV | 419 STOCKBRIDGE AVENUE | | BUFFALO | NY | 14215 |
| 520966 | DUNCAN | 1412770 | 5.00 | DUNCAN, DAMON & CHANTEL | 22 HUMASON AVE. | | BUFFALO | NY | 14211 |
| 520969 | WATSON | 1511701 | 279.40 | WATSON, BETTY | 387 WILLIAM STREET | | BUFFALO | NY | 14204 |
| 520970 | MCGILL | 1511992 | 5.00 | MCGILL, ROBERT | 1576 EDEN EVANS CENTER ROAD | | ANGOLA | NY | 140069733 |
| 520971 | BUNDY | 1512104 | 5.00 | BUNDY , PATRICK | 408 SHANLEY ST. | | BUFFALO | NY | 14206 |
| 520972 | BORZILLIERI | 1512447 | 5.00 | BORZILLIERI, PETER & GINA | 26 PACECREST COURT | | WEST SENECA | NY | 14224 |
| | | | $4,441.64 | | | | | | |